# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

—————————————————

No. 1D19-0492

—————————————————

RICHARD LEE HUNTER,

   Appellant,

v.

STATE OF FLORIDA,

   Appellee.

—————————————————

On appeal from the Circuit Court for Escambia County.
Jennie M. Kinsey, Judge.

October 28, 2019

PER CURIAM.

   AFFIRMED.

WOLF, ROBERTS, and ROWE, JJ., concur.

—————————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

—————————————————

Richard Lee Hunter, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.